| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 06/16/2021 |

YONY SOSA, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

v.

THE SPORTS MALL, LLC,

                Defendant.

21-CV-3750 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that the parties have reached a settlement in principle. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

    All deadlines are adjourned *sine die*. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    June 16, 2021
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge